arnelnieva.ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 31 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **07-00100** |
|---|---|
| Plaintiff, | ) **INDICTMENT** |
| vs. | ) **FELON IN POSSESSION OF FIREARMS** [18 U.S.C. § 922(g)(1)] |
| ARNEL MAVERICK NIEVA, | ) **FELON IN POSSESSION OF AMMUNITION** [18 U.S.C. § 922(g)(1)] |
| Defendant. | ) |

THE GRAND JURY CHARGES THAT:

**COUNT I - FELON IN POSSESSION OF FIREARMS**

On or about June 29, 2007, in the District of Guam, the defendant herein, ARNEL MAVERICK NIEVA, having been convicted of the felony offense of Robbery in the First Degree on September 22, 1986, under the Superior Court of Washington for King County Case No. 86-1-02346-8, and the felony offense of Possession of Stolen Property in the Second Degree on March 16, 1990, under the Superior Court of Washington for King County Case No. 89-1-06042-2, did unlawfully and knowing possess in and affecting commerce, two firearms, to wit: a Raven Arms, model MP-25, .25 caliber pistol, serial number 1086334, and a Smith & Wesson, model 5906, 9mm caliber pistol, serial number TVF 4142, which firearms had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT II - POSSESSION OF AMMUNITION BY A FELON

On or about June 29, 2007, in the District of Guam, the defendant herein, ARNEL MAVERICK NIEVA, having been convicted of the felony offense of Robbery in the First Degree on September 22, 1986, under the Superior Court of Washington for King County Case No. 86-1-02346-8, and the felony offense of Possession of Stolen Property in the Second Degree on March 16, 1990, under the Superior Court of Washington for King County Case No. 89-1-06042-2, did unlawfully and knowing possess in and affecting commerce, ammunition, to wit: 32 rounds of 9mm bullets, and 22 rounds of 25mm bullets, all of which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED this __31st__ day of October, 2007.

A TRUE BILL.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

-2-

# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00100**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name    ___Arnel Maverick Nieva___

Alias Name    _____

Address    _____

_____Chalan Pago, Guam_____

Birthdate __Xx/xx/1964__ SS# __xxx-xx-8877__ Sex __M__ Race __A__ Nationality __Filipino__

**U.S. Attorney Information:**

AUSA ___KARON V. JOHNSON___

Interpreter: __X__ No ___ Yes    List language and/or dialect: _____

**RECEIVED OCT 31 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ___ Petty ___ Misdemeanor __x__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in Possession of Firearms | 1 |
| Set 2 | 18 USC 922(g)(1) | Felon in Possession of Ammunition | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __10/31/07__    Signature of AUSA: _Karon V. Johnson_