☐ ORIGINAL

arnelnievauns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

FILED
DISTRICT COURT OF GUAM

NOV -5 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00100 |
| Plaintiff, | |
| vs. | APPLICATION TO UNSEAL RECORD |
| ARNEL MAVERICK NIEVA, | |
| Defendant. | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record in the above-entitled cause for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain secret.

Respectfully submitted this 5th day of November 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ KARON V. JOHNSON
Assistant U.S. Attorney