LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00100 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | **Re: Application to Unseal Record** |
| ) | |
| ARNEL MAVERICK NIEVA, ) | |
| ) | |
| Defendant. ) | |

Through an application to unseal the record having come before this Honorable Court and the Court finding good cause for the issuance of the order.

**IT IS SO ORDERED** that the record is unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 05, 2007