AO 442 (Rev. 08/07) Warrant for Arrest

**FILED**
**DISTRICT COURT OF GUAM**
NOV - 5 2007
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
District of _____ GUAM

UNITED STATES OF AMERICA

V.

ARNEL MAVERICK NIEVA

**WARRANT FOR ARREST**

Case Number: CR-07-00100

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ARNEL MAVERICK NIEVA** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

**RECEIVED**
OCT 31 2007
US MARSHALS SERVICE-GUAM

charging him or her with (brief description of offense)

Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1) - Count 1

Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) - Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 10/31/2007  Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Hagatna, Guam

| DATE RECEIVED 10/31/2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/5/2007 | CHARLES SEDBERRY SPECIAL AGENT | [signature] |

**ORIGINAL**