# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00100-001                                  DATE: November 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Leilani Toves Hernandez |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:58:31 - 3:23:33 |
| CSO: D. Quinata | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Arnel Maverick Nieva | Attorney: Cynthia V. Ecube |
|    Present    Custody    Bond    P.R. |    Present    Retained    FPD    CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan / T. Muna |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**

- Defendant sworn and examined.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty to Counts 1 and 2.
- Trial Scheduling Order executed by the Court.
- Trial set for: January 2, 2008 at 9:30 a.m.
- Defendant released on $25,000.00 bond (see release conditions on page 2).
- Defendant ordered to post $2,500.00 in cash or cashier's check by 10:00 a.m. tomorrow, 11/6/2007 or a warrant of arrest will be issued.

NOTES: