THE VANDEVELD LAW OFFICES, P.C.
Mr. Curtis Charles Van de veld, Esq.
Historical House, Second Floor
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Telephone: 671.472.4396/488.0888
Facsimile: 671.472.2561

Attorney for Defendant: ARNEL M. NIEVA

In association with:

**Law Offices of Cynthia V. Ecube, Esq.**
*Ms. Cynthia V. Ecube, Esq.*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: 671.472.8889
Facsimile: 671.472.8890

FILED
DISTRICT COURT OF GUAM
DEC 20 2007
JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## UNITED STATES' UNINCORPORATED TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR07-00100 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AND CONTINUE TRIAL with MEMORANDUM OF LAW** |
| ARNEL MAVERICK NIEVA, ) | |
| Defendant. ) | |

**\* \* \* MOTION FOR ENLARGEMENT OF TIME
TO FILE PRETRIAL MOTIONS \* \* \***

COMES NOW defendant ARNEL MAVERICK NIEVA through Defendant's counsel, THE VANDEVELD LAW OFFICES, P.C., by Mr. Curtis C. Van de veld, Esq., pursuant to Federal Rules of Criminal Procedure, Rules 12 and 47, and District Court Of Guam, Local Rules of Practice 10.1, to move the court to grant an enlargement of time for the filing of pretrial motions to Defendant on the grounds and bases as more fully set forth in the following

memorandum of law incorporated here in full as though set forth here, by this reference thereto.

### * * * MEMORANDUM OF LAW * * *

**1. The court should enlarge time for the Defendant to file pretrial motions based on excusable neglect.**

FRCrP Rule 45 Computing and Extending Time, subsection (b)(1)(B) instructs, "When an act must or may be done within a specified period, the court on its own may extend time, or for good cause may do so on a party's motion made ... after time expires if the party failed to act because of excusable neglect.
*FRCrP Rule 45(b)(1)(B).*

This court issued a scheduling order in this matter through Magistrate Judge Joaquin V.E. Manibusan, Jr., on November 5, 2007. Promptly thereafter Defendant's counsel Ms. Cynthia V. Ecube, promptly dispatched a letter to the government requesting that the government provide to Ms. Ecube the discovery allowed under FRCrP Rule 16. Despite the request, no discovery was tendered before the motion cut-off date of November 28, 2007. On December 5, 2007 Defendant's counsel Ms. Ecube sent a further letter regarding the undisclosed discovery to Assistant United States Attorney Karon V. Johnson. On December 19, 2007 Ms. Johnson provided discovery to Defendant's counsel. A quick review of the discovery demonstrates that the Defendant may have a basis for having the evidence in this case suppressed and that other pretrial motions may be appropriately filed on Defendant's behalf.

Due to the lapse of time between the request for discovery and the receipt of the discovery having exceeded the time for filing pretrial motions, Defendant's counsel did not

file any pretrial motions. Now having received discovery, the discovery has put counsel on notice that the information contained therein supports the filing of pretrial motions, including a motion to suppress the evidence against the Defendant and that effective assistance of counsel requires that such motions be filed. Based on the lack of discovery, Defendant's counsel was lulled into inaction and therefore did not file any motion or request for enlargement of time. Such inaction is excusable neglect under these circumstances that warrants the relief herein requested. By telephonic communication at 9:30 a.m. on December 20, 2007 the undersigned counsel spoke with Ms. Johnson who said she does not oppose the relief herein requested and in deed supports the request based on the late discovery response.

Pursuant to the Speedy Trial requirements of 18 U.S.C. §3161(h)(3)(B)(8)(A), [T]he following periods of delay shall be excluded in computing the time within which an ... trial must commence ... any period of delay resulting from a continuance granted by any judge ... at the request of the defendant or his counsel ... if the judge granted such continuance on the basis of [his ( in original rule, here appropriately "her")] findings that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

18 U.S.C. §3161(h)(3)(B)(8)(A).

The ends of justice will be served by enlarging time for Defendant to file pretrial motions based on the reasons set forth above and such allowance will allow the defendant to receive effective assistance of counsel. These circumstances outweigh the interests of the public and defendant in a speedy trial. Once the pretrial motions are filed and until decided, the time for disposition of such motions is further excluded from the time computation for commencement of trial.

## CONCLUSION

The court should grant defendant's request for enlargement of time to file pretrial motions and allow Defendant fourteen calendar days following granting of the enlargement of time for Defendant to file such motions.

Respectfully submitted: Thursday, December 20, 2007.

THE VANDEVELD LAW OFFICES, P.C.

Mr. Curtis C. Van de veld, Esq.
Associated Counsel for defendant
Arnel Maverick Nieva

UNITED STATES OF AMERICA, Plaintiff v. ARNEL MAVERICK NIEVA, Defendant
MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS AND CONTINUE TRIAL with MEMO. OF LAW
CRIMINAL CASE NO. CR07-00100
Page 4

Case 1:07-cr-00100    Document 17    Filed 12/20/2007    Page 4 of 5

# CERTIFICATE OF SERVICE

I, CURTIS C. VAN DE VELD, certify that I caused a copy of the foregoing document here filed, to be served on counsel for Plaintiff UNITED STATES OF AMERICA on March 13, 2006, via hand delivery at the following address:

> Ms. Karon V. Johnson, Esq.
> Assistant U.S. Attorney
> U.S. Attorney's Office,
> District Of Guam
> Criminal Division
> 6th Floor, Sirena Plaza
> 108 Hernan Cortes Avenue
> Hagåtña, Guam 96910

Dated: Thursday, December 20, 2007.

THE VANDEVELD LAW OFFICES, P.C.

_____
Mr. Curtis C. Van de veld, Esq.
Associated Counsel for Defendant
**Arnel Maverick Nieva**

CCV:ccv
VLOPC/A.M.NIEVA/ENLARGE TIME

---