1
2
3
4
5
6                    DISTRICT COURT OF GUAM

7                    TERRITORY OF GUAM

8

9   UNITED STATES OF AMERICA,          )        CRIMINAL CASE NO. 07-00100
                                        )
10                 Plaintiff,           )
                                        )
11          vs.                         )
                                        )
12  ARNEL MAVERICK NIEVA,               )                ORDER
                                        )
13                 Defendant.           )
                                        )
14  _____  )

15          On November 5, 2007, the Court issued a scheduling order which set the trial herein to

16  commence on January 2, 2008, with all pretrial motions to be filed by November 28, 2007.  <u>See</u>

17  Docket No. 10.

18          On December 20, 2007, the parties filed a stipulated motion which requested that the

19  motion cutoff date be continued for approximately 14 calendar days.  <u>See</u> Docket No. 17.  The

20  basis for the request was that because of the lack of discovery, defense counsel "was lulled into

21  inaction and therefore did not file any motion or request for enlargement of time."  <u>Id.</u>

22          While the court is prepared to give defense counsel the time needed to prepare an

23  adequate defense, the court is concerned with the claim that the government has not provided

24  defense counsel with the necessary discovery or has not provided such discovery in a timely

25  manner such that a continuance of the motion cutoff and trial date is now being requested.

26  Further disconcerting is defense counsel's failure to file a motion to compel discovery prior to

27  the motion cutoff date.   The parties must keep in mind that the court must always balance any

28  request for a continuance against the Defendant and public's right to a speedy trial.  However, in

this case, the court finds that based on the above-referenced motion, that the time between December 21, 2007 and January 4, 2008 is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by extending the motion cut off-date as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161.

In order to safeguard this right to a speedy trial, the government is directed to file a statement setting forth what further discovery materials it must still provide to the Defendant, when it intends to provide such discovery, and the reason for the delayed disclosure. Such statement shall be filed no later than December 28, 2007.

Based on the analysis above, the court holds that all Pre-trial Motions are due on or before January 4, 2008, Opposition to all Motions is due on or before January 11, 2008. Replies are due on or before January 17, 2008. Late filings will be viewed by the court as non-opposition. The final Pretrial Conference will now be held on February 4, 2008, with the jury trial commencing on February 7, 2008. In accordance, the currently scheduled Pretrial Conference and jury trial is hereby vacated.

IT IS SO ORDERED this 21st day of December 2007.

 **/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**