Nieva

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America





FILED
DISTRICT COURT OF GUAM

DEC 28 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00100 |
| Plaintiff, | **GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| vs. | |
| ARNEL MAVERICK NIEVA, | |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order dismissing the above-entitled cause without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The government makes this motion because further investigation is necessary, concerning matters beyond the scope of this case.

RESPECTFULLY SUBMITTED this __28th__ day of December, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney