PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs: **ARNEL MAVERICK NIEVA**   Docket No.   **CR 07-00100-001**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW    GRACE D. FLORES    PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant   Arnel Maverick Nieva   who was placed under pretrial release supervision by the   Joaquin V.E. Manibusan   sitting in the court at   Hagatna, Guam   on the   5th   date of   November  , 20  07 under the following conditions:

*Please refer to the Order Setting Conditions of Release*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The defendant has violated the following conditions: 18 U.S.C. §3142(c)(B)(ix) and 18 U.S.C. §3142(c)(A)*

*Please see attached Declaration in Support of Petition,
Re: Violation of Pretrial Release Conditions; Request for Summons*

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT                                                             Respectfully,

Considered and ordered this ____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

/s/ GRACE D. FLORES
U.S. Pretrial Services Officer

Place:   Hagåtña, Guam

Date:   January 3, 2008