# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00100-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| ARNEL MAVERICK NIEVA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:   Violation of Pretrial Release Conditions; Request for Summons.**

      On November 5, 2007, Arnel Maverick Nieva made an initial appearance before Magistrate Judge Joaquin V.E. Manibusan Jr. on an Indictment charging him with Count I: Felon in Possession of Firearms and Count II: Felon in Possession of Ammunition, both Counts in violation of 18 U.S.C. §922(g)(1). Mr. Nieva was granted pretrial release with conditions. A motion to dismiss this criminal case was filed with the Court on December 28, 2007, by Assistant U.S. Attorney Karon Johnson. Mr. Nieva is alleged to have violated the following conditions of release:

**Special Condition:** *That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner. [18 U.S.C. § 3142(c)(B)(ix)]*

      On November 16, 2007, Arnel Nieva submitted to urinalysis which tested presumptive positive for methamphetamine. He denied use and the specimen was sent to Scientific Testing Laboratories, Inc. for confirmation. On November 26, 2007, the laboratory results were received and the specimen was confirmed positive for amphetamine and methamphetamine. The specimen validity indicated the defendant submitted a dilute specimen.

DECLARATION IN SUPPORT OF PETITION
Violation of Pretrial Release Conditions; Request for Summons
Re:   NIEVA, Arnel Maverick
Criminal Case No. 07-00100-001
January 3, 2008
Page 2

On December 19, 2007, the defendant submitted to urinalysis which tested presumptive positive for methamphetamine. He admitted in writing to using "meth" on December 17, 2007. He consented to a modification of his pretrial release conditions to undergo a substance abuse assessment and participate in treatment, if deemed necessary.

On December 26, 2007, prior to taking a drug test, Mr. Nieva admitted in writing to using methamphetamine on December 24, 2007. Mr. Nieva subsequently tested negative for the use of controlled substances.

**Mandatory condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case. [18 U.S.C. § 3142(c)(A)]*

On January 2, 2008, the U.S. Probation Office received information from the Department of Corrections that on December 31, 2007, Arnel Nieva was arrested and detained on charges of Reckless Conduct, Discharge of a Firearm, Possession of a Firearm without a Firearms Identification Card and Deadly Weapons used in Felonies. Details regarding the arrest is pending review of Guam Police Department case number KY07-36240, and the Superior Court of Guam Magistrate Complaint. Once the information is received, a supplemental violation report will be filed with the Court.

Information received from the Superior Court of Guam Probation Office indicates the defendant made an initial appearance on January 2, 2008 before Judge Elizabeth Barrett-Anderson in Criminal Case CF0001-08. Mr. Nieva was detained.

**Recommendation:** It is requested that a summons be issued, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

DECLARATION IN SUPPORT OF PETITION
Violation of Pretrial Release Conditions; Request for Summons
Re:   NIEVA, Arnel Maverick
Criminal Case No. 07-00100-001
January 3, 2008
Page 3

Executed this 3rd day of January 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

 ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc:   Karon Johnson, AUSA
      Cynthia Ecube, Defense Counsel
      File