LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334/7215

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00100 |
| Plaintiff, | |
| vs. | **ORDER** |
| ARNEL MAVERICK NIEVA, | |
| Defendant. | |

The United State's Motion to Dismiss Without Prejudice the above entitled cause, filed December 28, 2007, is hereby granted.

**SO ORDERED** this 3rd day of January, 2008.

/s/ **Frances M. Tydingco-Gatewood**
      **Chief Judge**